# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **RUBEN PENA and MARTHA PENA,**<br>         **Plaintiffs,** | §<br>§<br>§ | |
| **v.** | §<br>§<br>§ | **CASE NO. 2:17-cv-241** |
| **STATE FARM LLOYDS and**<br>**BURT CHOJNOWSKI,**<br>         **Defendants.** | §<br>§<br>§<br>§ | |

**INDEX OF MATTERS BEING FILED**
**AND LIST OF ALL COUNSEL OF RECORD**

Defendant State Farm Lloyds ("Defendant") submits this *Index of Matters Being Filed and List of All Counsel of Record* pursuant to Local Rule 81 of the United States District Court for the Southern District of Texas. Pursuant to the Local Rule 81, the following items are being filed with the *Notice of Removal* filed by Defendant:

1. Index of Matters Being Filed and List of All Counsel of Record;

2. Copies of all executed process, pleadings asserting causes of action and all orders signed by the state judge as follows:

   A. Plaintiffs' Original Petition, filed May 4, 2017 (attached as Exhibit 1-A);

   B. Service to State Farm Lloyds on June 13, 2017 (attached as Exhibit 1-B);

   C. Service to Burt Chojnowski on June 15, 2017 (will be supplemented – currently unavailable due to technical issues at the state court);

   D. Defendants' Original Answer, filed July 7, 2017 (attached as Exhibit 1-C);

   E. Defendants' First Amended Original Answer, filed July 11, 2017 (attached as Exhibit 1-D);

3. A copy of the state court docket sheet (will be supplemented – currently unavailable due to technical issues at the state court).

The parties' respective attorneys are as follows:

  A. ATTORNEYS FOR PLAINTIFF:

    René M. Sigman
    rmsdocketefile@mostynlaw.com
    **MOSTYN LAW**
    3810 West Alabama Street
    Houston, Texas 77027
    Tel.: (713) 714-0000
    Fax: (713) 714-1111
    **Attorney for Plaintiffs**

  B. ATTORNEYS FOR DEFENDANT:

    Dan K. Worthington
    Fed. ID No. 15353/State Bar No. 00785282
    **RAMÓN | WORTHINGTON**
    900 Kerria
    McAllen, Texas 78501
    (956) 294-4800 – Phone
    **ATTORNEY IN CHARGE FOR DEFENDANT**

    **Of Counsel:**
    Sofia A. Ramon
    Fed. ID No. 20871/State Bar No. 00784811
    Stephen W. Bosky
    Fed. ID No. 3076205/State Bar No. 24087190
    **RAMÓN | WORTHINGTON**
    900 Kerria
    McAllen, Texas 78501
    (956) 294-4800 – Phone

Dated: July 13, 2017