IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| RUBEN PENA and MARTHA PENA, § <br>     Plaintiffs, § <br> § <br> v. § <br> § <br> STATE FARM LLOYDS and § <br> BURT CHOJNOWSKI, § <br>     Defendants. § <br> § | CASE NO. 2:17-cv-00241 |

**STIPULATION OF DISMISSAL
WITHOUT PREJUDICE OF BURT CHOJNOWSKI**

Plaintiffs RUBEN PENA AND MARTHA PENA, by and through their counsel of record, stipulate and agree that Plaintiffs no longer wish to pursue their claims and causes of action against Defendant Burt Chojnowski. The parties agree that Defendant Chojnowski should be dismissed from this case, without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties further agree that this stipulation shall have no effect on Plaintiffs' claims and causes of action against Defendant State Farm Lloyds. No party shall be entitled to costs related to Plaintiffs' action against Chojnowski, or as a result of this dismissal.

Upon execution, the parties agree that this Stipulation Agreement shall be filed with the Court.

Respectfully submitted,

    /s/ *Gregory F. Cox*
**MOSTYN LAW**
Gregory F. Cox
State Bar No. 00793561
GFCdocketefile@mostynlaw.com
6280 Delaware Street
Beaumont, TX 77706
(409) 832-2777 (Office)
(409) 832-2703 (Facsimile)
**ATTORNEY FOR PLAINTIFFS**

-2-

AGREED TO:

  /s/ *Dan K. Worthington*

**RAMÓN | WORTHINGTON, PLLC**
Dan K. Worthington
Fed. ID No. 15353/State Bar No. 00785282
dworthington@ramonworthington.com
900 Kerria Avenue
McAllen, Texas 78501
(956) 294-4800 – Phone
(956) 928-9564 – Fax
**ATTORNEY IN CHARGE FOR DEFENDANTS**

**Of Counsel:**
Sofia A. Ramon
Fed. ID No. 20871/State Bar No. 00784811
sramon@ramonworthington.com
Stephen W. Bosky
Fed. ID No. 3076205/State Bar No. 24087190
sbosky@ramonworthington.com